

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2022

No. 04-22-00462-CV

Rustton **WEBSTER,**
Appellant

v.

Ashley **WEBSTER,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-0189-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

On July 15, 2022, Appellant filed a request for reporter's record that was also his notice of appeal from a post-judgment hearing on July 13, 2022. On September 1, 2022, this court ordered Appellant to show cause why his appeal should not be dismissed for want of jurisdiction because the record contained no signed order from the trial court for the hearing. Appellant responded but provided no signed order. Appellant explained that he wanted to challenge the underlying mediated settlement agreement in the case, for which the trial court signed a final judgment on May 19, 2021. On October 12, 2022, this court dismissed Appellant's appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

On October 27, 2022, Appellant filed a motion for extension of time to file a motion for rehearing. Then, on November 7, 2022, Appellant filed a letter with this court, stating in relevant part:

> After reviewing the letter received from the court of appeals stating my appeal is being dismissed for want of jurisdiction. [sic] I have realized a motion for rehearing is proper procedures required by the court of appeals in every situation. Considering there is no signed order from the July 13, 2022, [sic] hearing, a motion for rehearing would end in the same result.

We now deny Appellant's motion for extension of time to file a motion for rehearing as moot.

It is so **ORDERED** November 23, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT